**DISMISS; Opinion Filed July 5, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-12-01392-CV**
_____

**JOSE ANGEL HERNANDEZ, Appellant**

**V.**

**YADI'S WESTERN DISTRIBUTOR, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10157**

### MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

The clerk's record in this case is overdue. By letter dated April 19, 2013 we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 37.3(b).


/Jim Moseley/
JIM MOSELEY
JUSTICE


121392F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE ANGEL HERNANDEZ, Appellant

No. 05-12-01392-CV      V.

YADI'S WESTERN DISTRIBUTOR, INC.,
Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-10157.
Opinion delivered by Justice Moseley.
Justices Bridges and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee YADI'S WESTERN DISTRIBUTOR, INC. recover its costs of this appeal from appellant JOSE ANGEL HERNANDEZ.

Judgment entered this 5th day of July, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–3–